IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON GRISBY, : | |
|     Plaintiff : | |
| : | No. 1:17-cv-00243 |
| v. : | |
| : | (Judge Rambo) |
| C.O. 1 MCBETH, : | |
|     Defendant : | |

## ORDER

**AND NOW**, on this 28th day of March 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant C.O McBeth's motion to dismiss, or, in the alternative, for summary judgment (Doc. No. 16), is **GRANTED**. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** in favor of Defendant McBeth and against Plaintiff; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge