# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Jason Grisby                                          Case No: 1:17-CV-0243
    Plaintiff

                V.

C.O. 1 McBeth                               Judge Sylvia H. Rambo
    Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendant, C.O. 1 McBeth, and against the Plaintiff, Jason Grisby.


**Date:** March 28, 2018                  **Peter Welsh, Acting Clerk of Court**

                                                   <u>/s/ Mark J. Armbruster</u>
                                                         Deputy Clerk